IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN HOME ASSURANCE      )
COMPANY and CARGILL MEAT     )
SOLUTIONS CORPORATION,       )
                             )
          Plaintiffs,        )        8:11CV270
                             )
     v.                      )
                             )
GREATER OMAHA PACKING COMPANY,)       ORDER
INC.,                        )
                             )
          Defendant.         )
_____)
```

This matter is before the Court on defendant's motion for extension of deadlines (Filing No. 22).  The Court notes the motion is unopposed.  Accordingly,

IT IS ORDERED:

1) The motion is granted; defendant shall have until October 26, 2011, to answer or otherwise respond to plaintiff's complaint.

2) The parties shall have until October 31, 2011, to submit the Rule 26(f) report on planning conference.

DATED this 12th day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court