IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN HOME ASSURANCE        )
COMPANY and CARGILL MEAT       )
SOLUTIONS CORPORATION,         )
                               )
          Plaintiffs,          )        8:11CV270
                               )
     v.                        )
                               )
GREATER OMAHA PACKING COMPANY, )        ORDER
INC.,                          )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the motion to withdraw as counsel filed by Brian D. Nolan and Richard P. Lavin, II, with the law firm of Nolan, Olson & Stryker, P.C. (Filing No. 26).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted.  Brian D. Nolan and Richard P. Lavin, II, with the law firm of Nolan, Olson & Stryker, P.C., are deemed withdraw as counsel of record for defendant.

DATED this 27th day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court