IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN HOME ASSURANCE      )
COMPANY and CARGILL MEAT     )
SOLUTIONS CORPORATION,       )
                             )
          Plaintiffs,        )        8:11CV270
                             )
     v.                      )
                             )
GREATER OMAHA PACKING COMPANY,)       ORDER
INC.,                        )
                             )
          Defendant.         )
_____)
```

This matter is before the Court on the joint motion of the parties to continue deadline to file Rule 26(f) report (Filing No. 30).  The Court notes the motion is unopposed. Accordingly,

IT IS ORDERED the motion is granted; the parties shall have until fourteen days after the Court has ruled on defendant's motion for more definite statement.

DATED this 2nd day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court