IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN HOME ASSURANCE        )
COMPANY and CARGILL MEAT       )
SOLUTIONS CORPORATION,         )
                               )
            Plaintiffs,        )         8:11CV270
                               )
      v.                       )
                               )
GREATER OMAHA PACKING COMPANY, )         ORDER
INC.,                          )
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the joint stipulation and motion (Filing No. 32) to extend until November 23, 2011, the time plaintiffs have to file their brief in opposition to the motion for more definite statement. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Plaintiffs shall have until November 23, 2011, to file their brief in opposition to the motion for more definite statement.

DATED this 10th day of November, 2011.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court