IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN HOME ASSURANCE       )
COMPANY and CARGILL MEAT      )
SOLUTIONS CORPORATION,        )
                              )
          Plaintiffs,         )         8:11CV270
                              )
     v.                       )
                              )
GREATER OMAHA PACKING COMPANY,)         ORDER
INC.,                         )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on plaintiff's motion to continue deadline to file Rule 26(f) report (Filing No. 49). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. The parties shall have until fourteen days after ruling on the motion to dismiss to file their Rule 26(f) report.

DATED this 26th day of March, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court