IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN HOME ASSURANCE       )
COMPANY and CARGILL MEAT      )
SOLUTIONS CORPORATION,        )
                              )
          Plaintiffs,         )          8:11CV270
                              )
     v.                       )
                              )
GREATER OMAHA PACKING COMPANY,)          ORDER
INC.,                         )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on the joint motion for enlargement of time to file Rule 26(f) report and for plaintiffs to file an answer to counterclaim (Filing No. 65).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted.  The parties shall have until July 5, 2012, to file their Rule 26(f) report and plaintiffs shall have until July 5, 2012, to file an answer to defendant's counterclaim.

DATED this 25th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court