IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN HOME ASSURANCE        )
COMPANY and CARGILL MEAT       )
SOLUTIONS CORPORATION,         )
                               )
             Plaintiffs,       )         8:11CV270
                               )
        v.                     )
                               )
GREATER OMAHA PACKING COMPANY, )         ORDER
INC.,                          )
                               )
             Defendant.        )
_____)
```

This matter is before the Court on the motion to withdraw as counsel filed by Ralph A. Weber, Shawn K. Stevens and Amelia L. McCarthy with the law firm of Gass Weber Mullins LLC, (Filing No. 73).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted.  Ralph A. Weber, Shawn K. Stevens and Amelia L. McCarthy with the law firm of Gass Weber Mullins LLC, are deemed withdraw as counsel of record for plaintiffs.

DATED this 30th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court