IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN HOME ASSURANCE        )
COMPANY and CARGILL MEAT       )
SOLUTIONS CORPORATION,         )
                               )
          Plaintiffs,          )       8:11CV270
                               )
     v.                        )
                               )
GREATER OMAHA PACKING COMPANY, )       ORDER
INC.,                          )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the motion to allow withdrawal of counsel (Filing No. 79).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted.  Francie C. Riedmann, formerly with the law firm of Gross & Welch, P.C., L.L.O., is deemed withdraw as counsel of record for American Home Assurance Company and Cargill Meat Solutions Corporation.

DATED this 20th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court