IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN HOME ASSURANCE      )
COMPANY and CARGILL MEAT     )
SOLUTIONS CORPORATION,       )
                             )
          Plaintiffs,        )        8:11CV270
                             )
     v.                      )
                             )
GREATER OMAHA PACKING COMPANY,)        ORDER
INC.,                        )
                             )
          Defendant.         )
_____)
```

This matter is before the Court on plaintiff Cargill Meat Solutions Corporation's motion for extension of time to respond to two motions (Filing No. 91). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Cargill Meat Solutions Corporation shall have until January 11, 2013, to respond to defendant's motion to serve a third-party subpoena and to extend the deadline to add additional parties and/or amend pleadings.

DATED this 28th day of December, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court