IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN HOME ASSURANCE      )
COMPANY and CARGILL MEAT     )
SOLUTIONS CORPORATION,       )
                             )
          Plaintiffs,        )          8:11CV270
                             )
     v.                      )
                             )
GREATER OMAHA PACKING COMPANY,)         ORDER
INC.,                        )
                             )
          Defendant.         )
_____)
```

After a conference with the attorneys for both parties and having reviewed the further objection of Cargill (Filing No. 176), the Court will amend the progression order regarding the deadline for depositions, Daubert motions, and motions for summary judgment as follows.

IT IS ORDERED:

1) The deadline for completion of depositions is extended to February 18, 2014.

2) The deadline for motions in limine challenging the admissibility of testimony of an expert under Rule 702, Federal Rules of Evidence is extended to March 3, 2014.

3) The deadline for motions for summary judgement is extended to March 3, 2014.

DATED this 6th day of December, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court