IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN HOME ASSURANCE        )
COMPANY and CARGILL MEAT       )
SOLUTIONS CORPORATION,         )
                               )
           Plaintiffs,         )         8:11CV270
                               )
      v.                       )
                               )
GREATER OMAHA PACKING COMPANY, )         ORDER
INC.,                          )
                               )
           Defendant.          )
_____)
```

    This matter is before the Court on Cargill Meat Solutions Corporation's withdrawal of motion for protective order (Filing No. 214).  The Court finds the withdrawal should be granted.  Accordingly,

    IT IS ORDERED that the motion for protective order (Filing No. 206) is deemed withdrawn.

    DATED this 25th day of February, 2014.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court