IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN HOME ASSURANCE       )
COMPANY and CARGILL MEAT      )
SOLUTIONS CORPORATION,        )
                              )
           Plaintiffs,        )         8:11CV270
                              )
      v.                      )
                              )
GREATER OMAHA PACKING COMPANY,)         ORDER
INC.,                         )
                              )
           Defendant.         )
_____)
```

This matter is before the Court upon defendant's motion to strike Filing No. 289 (Filing No. 293). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. The clerk of court shall strike Filing No. 289 as an incomplete document. Defendant has leave to file a corrected document.

DATED this 5th day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court