IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN HOME ASSURANCE        )
COMPANY and CARGILL MEAT       )
SOLUTIONS CORPORATION,         )
                               )
          Plaintiffs,          )        8:11CV270
                               )
     v.                        )
                               )
GREATER OMAHA PACKING COMPANY, )        ORDER
INC.,                          )
                               )
          Defendant.           )
_____)
```

This matter is before the Court upon plaintiffs' motion to restrict access to unredacted documents (Filing No. 305). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. The documents as described in the motion shall be restricted pending further order of the Court.

DATED this 10th day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court