IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY and CARGILL MEAT SOLUTIONS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV270 |
| v. | ) ) | |
| GREATER OMAHA PACKING COMPANY, INC., | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court upon defendant's motions to restrict access to unredacted documents (Filing No. 315 and Filing No. 318). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that the motions are granted. The documents as described in the motions shall be restricted pending further order of the Court.

DATED this 31st day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court