IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

AMERICAN HOME ASSURANCE    )
COMPANY and CARGILL MEAT    )
SOLUTIONS CORPORATION,    )
                          )
            Plaintiffs,   )          8:11CV270
                          )
       v.                 )
                          )
GREATER OMAHA PACKING COMPANY,)      ORDER
INC.,                     )
                          )
            Defendant.    )
_____)


        This matter is before the Court upon plaintiffs' motion

for voluntary partial dismissal (Filing No. 358).  The Court

finds the motion should be granted.  Accordingly,

        IT IS ORDERED that the motion is granted.  Count V of

the complaint is dismissed without prejudice and removes the

indemnification claim from this case.

        DATED this 31st day of March, 2014.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court