IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY and CARGILL MEAT SOLUTIONS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV270 |
| v. | ) ) | |
| GREATER OMAHA PACKING COMPANY, INC., | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court upon defendant's motion to "restrict access to defendant's reply brief in support of *Daubert* motion in limine to exclude testimony of Oral Capps, Jr." (Filing No. 412).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion is granted.  Public access to defendant's reply brief in support of its *Daubert* motion re the testimony of Oral Capps, Jr. is restricted pending further order of the Court.

DATED this 2nd day of April, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court