IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN HOME ASSURANCE      )
COMPANY and CARGILL MEAT     )
SOLUTIONS CORPORATION,       )
                             )
            Plaintiffs,      )        8:11CV270
                             )
      v.                     )
                             )
GREATER OMAHA PACKING COMPANY,)       ORDER
INC.,                        )
                             )
            Defendant.       )
_____)
```

This matter is before the Court on three motions. First, Greater Omaha Packing moved to defer consideration of Cargill's motion for summary judgment (Filing No. 232). Second, Greater Omaha Packing moved for expedited briefing and consideration of pending motions (Filing No. 236). Third, Cargill moved to exclude proposed expert witness testimony and report of Gene Grabowski (Filing No. 259). In light of the dismissal of the defendant's counterclaim, the motions will be denied as moot. Accordingly,

IT IS ORDERED that the motions are denied as moot.

DATED this 16th day of April, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court