IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY and CARGILL MEAT SOLUTIONS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV270 |
| v. | ) ) | |
| GREATER OMAHA PACKING COMPANY, INC., | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court upon defendant's motion to restrict access to defendant's brief and index of evidence in opposition to plaintiffs' motion in limine regarding Cargill's 2007 notice of intended enforcement (Filing No. 465). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. The brief and index as described in the motion shall be restricted from public access pending further order of the Court.

DATED this 5th day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court