IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY and CARGILL MEAT SOLUTIONS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV270 |
| v. | ) ) | |
| GREATER OMAHA PACKING COMPANY, INC., | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on cross motions *in limine* (Filing No. 442 and Filing No. 450) regarding video-tape deposition designations. The parties have withdrawn several objections to exhibits and therefore the Court does not address those objections below.

IT IS ORDERED:

1) The plaintiff's motion to admit two certified CDC line lists (Ex. Nos. 99A and 100A) is deferred until trial.

2) Video Deposition Exhibit Rulings:

> Nellie Dumas - The objections to Depo. Ex. 330A, 340, 341, 343, 344, 345, and 346 are overruled (Filing No. 489 at 9, Filing No. 478 at 6).

> Alana Forcier - The objection to Depo. Ex. 349A is overruled (Filing No. 489 at 2, Filing No. 478 at 6).

Kevin Thompson - The objection to Depo. Ex. 468 is sustained (Filing No. 489 at 10).

Sean Orness - The objection to Depo. Ex. 432 is moot pursuant to a stipulation to remove a section of the exhibit (Filing No. 489 at 2).

Craig Allen - The objection to 352 is sustained. The objection to 358 is overruled (Filing No. 489 at 11, Filing No. 478 at 6).

Norman O'Connor - All objections withdrawn (Filing No. 489 at 3).

Pamela O'Brien - The objection to Depo. Ex. 394 is overruled (Filing No. 489 at 3-5).

Michele Nakata - All objections withdrawn (Filing No. 489 at 3).

Rebecca Kanenaka - All objections withdrawn (Filing No. 489 at 11).

Denise Van Voorhis - Objections to Depo. Ex. 447, 448, and 450 are overruled. Objection to Depo. Ex. 455 is overruled (Filing No. 489 at 8, Filing No. 478 at 6).

Stephen Gladbach - All objections withdrawn (Filing No. 489 at 8).

Autumn Grim - All objections withdrawn (Filing No. 489 at 7).

Edward Meyer - Objection to 365 is moot because Cargill will withdraw this exhibit (Filing No. 489 at 11-13). Objections to 369, 370, and 372 are overruled (Filing No. 478 at 6).

>Kirk E. Smith - The objection to Depo. Ex. 417 is overruled (Filing No. 489 at 7).
>
>Mansour Samaspour - Objections to 140 and 141 are sustained. Objection to 143 is overruled (Filing Nos. 489 at 5-6, 477 at 11).
>
>Thomas Safranek - All objections withdrawn (Filing No. 489 at 13).
>
>Bill Buckner - Objections to Depo. Ex. 750, 754-56, and 762 are sustained.[1] Objections to Depo. Ex. 758-61 and 763 are overruled. Objection to Depo. Ex. 757[2] was erroneous and withdrawn (Filing No. 464 at 7).
>
>Rebecca Hayne - Objections to Depo. Ex. 713,[3] 718,[4] and 725[5] are redundant and therefore the same as their co-designations: sustained.

---

[1] The Court notes that Cargill objected to Depo Exs. "750-57". Filing No. 464 at 7. However, neither party has submitted Depo. Ex. 451-53 and these exhibits appear nowhere in Buckner's deposition. Therefore, the Court believes the objections to be made in error and does not make a ruling.

[2] GOPAC mistakenly stated Cargill objected to an e-mail (Dep. Ex. 756) which GOPAC said was Depo. Ex. 757. In fact, Deposition Exhibit 757 is actually Cargill's privilege log and does not appear in the Buckner Deposition. Cargill maintained its objection to the privilege log in the Rebecca Hayne deposition.

[3] Redundant of Depo. Ex. 754 (objection sustained).

[4] Redundant of Depo. Ex. 755 (objection sustained).

[5] Redundant of Depo. Ex. 756 (objection sustained).

```
```

Objection to 715, 736, and 757[6] are sustained (Filing No. 464 at 6).

DATED this 14th day of August, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

---

[6] This objection was cited against the privilege log, Filing No. 210-5. Filing No. 451 at 26. *See also* fn.2 *supra*.