IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN HOME ASSURANCE         )
COMPANY and CARGILL MEAT        )
SOLUTIONS CORPORATION,          )
                                )
          Plaintiffs,           )          8:11CV270
                                )
     v.                         )
                                )
GREATER OMAHA PACKING COMPANY,  )          ORDER
INC.,                           )
                                )
          Defendant.            )
_____)
```

This matter is before the Court on cross motions *in limine* (Filing No. 442 and Filing No. 450) regarding video-tape deposition designations.

The Court has reviewed the Rebecca Hayne deposition testimony. In general, the testimony is an affirmation that a certain document states what it states. (*See Generally*, Filing No. 406-1). The deponent has no independent recollection of the documents involved in the testimony, and she is only able to identify the documents or persons referenced in the documents. (*Id.*). Under the circumstances, the Court finds that the plaintiff's objections to Rebecca Hayne's deposition should be sustained. Accordingly,

IT IS ORDERED that plaintiff's objections to Rebecca Hayne's deposition are sustained.

DATED this 15th day of August, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court