IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN HOME ASSURANCE       )
COMPANY and CARGILL MEAT      )
SOLUTIONS CORPORATION,        )
                              )
           Plaintiffs,        )         8:11CV270
                              )
      v.                      )
                              )
GREATER OMAHA PACKING COMPANY,)         ORDER
INC.,                         )
                              )
           Defendant.         )
_____)
```

This matter is before the Court on cross motions *in limine* (Filing No. 442 and Filing No. 450) regarding video-tape deposition designations.

The Court has reviewed lines 158:3 to 248:14 of the William Buckner deposition testimony. The plaintiff argues that various portions of the deposition are irrelevant because the testimony relates exclusively to the dismissed counterclaim. (*See* Filing No. 464 at 3-4). Regarding lines 158:3 to 248:14, it appears the testimony concerns only the defendant's dismissed counter claim. If the defendant offering the testimony in lines 158:3 to 248:14, believes that it has other relevance,

IT IS ORDERED that defendant shall advise the Court by **Friday, August 22, 2014,** as to the defendant's claim to

relevancy. Otherwise, the portion of the deposition will be stricken in its entirety.

DATED this 18th day of August, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court