IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN HOME ASSURANCE        )
COMPANY and CARGILL MEAT       )
SOLUTIONS CORPORATION,         )
                               )
               Plaintiffs,     )         8:11CV270
                               )
          v.                   )
                               )
GREATER OMAHA PACKING COMPANY, )         ORDER
INC.,                          )
                               )
               Defendant.      )
_____)
```

This matter is before the Court upon defendant's motion to restrict access to defendant's response to Filing No. 503 regarding relevancy of specific portions of William Buckner's deposition (Filing No. 508). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. The document as described in the motion shall be restricted pending further order of the Court.

DATED this 25th day of August, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court