IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY and CARGILL MEAT SOLUTIONS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV270 |
| v. | ) ) | |
| GREATER OMAHA PACKING COMPANY, INC., | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court upon defendant's motion to restrict access to Filing Nos. 511 and 512 (Filing No. 513). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Filing Nos. 511 and 512 shall be restricted pending further order of the Court.

DATED this 26th day of August, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court