IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN HOME ASSURANCE        )
COMPANY and CARGILL MEAT       )
SOLUTIONS CORPORATION,         )
                               )
          Plaintiffs,          )        8:11CV270
                               )
     v.                        )
                               )
GREATER OMAHA PACKING COMPANY, )        ORDER
INC.,                          )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on cross motions *in limine* (Filing No. 442 and Filing No. 450) regarding video-tape deposition designations. After viewing the motions, briefs, and relevant law, the Court finds that the plaintiff's objections to William Buckner's testimony page 158, line 3 to page 246, line 6 should be sustained. However, the testimony contained on page 246, line 7 to page 248, line 14 is relevant to the defendant's affirmative defenses. The Court finds that the plaintiff's objections to page 246, line 7 to page 248, line 14 should be overruled. Accordingly,

IT IS ORDERED that plaintiff's objections to William Buckner's testimony page 158, line 3 to page 246, line 6 are

sustained, and the objections to page 246, line 7 to page 248, line 14 are overruled.

DATED this 26th day of August, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court