IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

AMERICAN HOME ASSURANCE      )
COMPANY and CARGILL MEAT     )
SOLUTIONS CORPORATION,       )
                             )
            Plaintiffs,      )          8:11CV270
                             )
      v.                     )
                             )
GREATER OMAHA PACKING COMPANY,)          ORDER
INC.,                        )
                             )
            Defendant.       )
_____)


        This matter is before the Court on plaintiff's motion

*in limine* (Filing No. 505) and the brief of the plaintiff (Filing

No. 506).  After viewing the motion, briefs, and relevant law,

the Court will grant the plaintiff's motion.

        The Court has found that evidence or testimony relating

to former or pending lawsuits involving the plaintiff that are

not related to the case at hand are inadmissible.  The Court has

also found that evidence or testimony relating to any recalls

involving the plaintiff, which do not relate to this case, are

also inadmissible.  In addition, the Court has found that

evidence or testimony involving lawsuits and/or recalls at other

facilities other than the facilities in question are

inadmissible.  Accordingly,

IT IS ORDERED that the plaintiff's motion *in limine* is granted.

DATED this 26th day of August, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court