IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN HOME ASSURANCE      )
COMPANY and CARGILL MEAT     )
SOLUTIONS CORPORATION,       )
                             )
          Plaintiffs,        )         8:11CV270
                             )
     v.                      )
                             )
GREATER OMAHA PACKING COMPANY,)        ORDER
INC.,                        )
                             )
          Defendant.         )
_____)
```

This matter is before the Court on plaintiff American Home Assurance Company's ("Assurance") motion for protective order and alternative motion *in limine* (Filing No. 495). The plaintiff has filed a accompanying brief (Filing No. 497) and index of evidence (Filing No. 496 ). The defendant has filed a brief (Filing No. 511) and index of evidence (Filing No. 512) in opposition of the motion. After review of the motion, briefs, and indices of evidence, the Court will deny plaintiff's motion for protective order and alternative motion *in limine.*

IT IS ORDERED that plaintiff's motion for protective order and alternative motion *in limine* are denied.

DATED this 3rd day of September, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court