IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY and CARGILL MEAT SOLUTIONS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV270 |
| v. | ) ) | |
| GREATER OMAHA PACKING COMPANY, INC., | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court upon defendant's motion to restrict access to Filing Nos. 539, 540, 541, 542 and 543 (Filing No. 544). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted. Public access to Filing Nos. 539, 540, 541, 542 and 543 is restricted pending further order of the Court.

DATED this 16th day of September, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court