IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN HOME ASSURANCE       )
COMPANY and CARGILL MEAT      )
SOLUTIONS CORPORATION,        )
                              )
          Plaintiffs,         )      8:11CV270
                              )
     v.                       )
                              )
GREATER OMAHA PACKING COMPANY,)      ORDER
INC.,                         )
                              )
          Defendant.          )
_____)
```

This matter is before the Court upon plaintiff's motion *in limine* regarding reference to American Home Assurance Company. (Filing No. 546). The Court finds that the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. American Home Assurance Company shall not be referred to during the trial. In addition, any reference shall be edited from videotape deposition clips played to the jury.

DATED this 16th day of September, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court