IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN HOME ASSURANCE      )
COMPANY and CARGILL MEAT     )
SOLUTIONS CORPORATION,       )
                             )
          Plaintiffs,        )      8:11CV270
                             )
     v.                      )
                             )
GREATER OMAHA PACKING COMPANY,)     ORDER
INC.,                        )
                             )
          Defendant.         )
_____)
```

This matter is before the Court on plaintiff's motion to redact Exhibit 867 (Filing No. 561).  The Court finds, pursuant to its prior ruling, that the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted.  Portions of Exhibit 867 relating to finished product testing shall be redacted.

DATED this 22nd day of September, 2014.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court