IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN HOME ASSURANCE        )
COMPANY and CARGILL MEAT       )
SOLUTIONS CORPORATION,         )
                               )
            Plaintiffs,        )           8:11CV270
                               )
     v.                        )
                               )
GREATER OMAHA PACKING COMPANY, )           ORDER
INC.,                          )
                               )
            Defendant.         )
_____)
```

This matter is before the Court upon defendant's motion to restrict access to Filing Nos. 566 and 567 (Filing No. 568). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Filing Nos. 566 and 567 shall be restricted from public access pending further order of the Court.

DATED this 23rd day of September, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court