IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN HOME ASSURANCE      )
COMPANY and CARGILL MEAT     )
SOLUTIONS CORPORATION,       )
                             )
          Plaintiffs,        )      8:11CV270
                             )
     v.                      )
                             )
GREATER OMAHA PACKING COMPANY,)     ORDER
INC.,                        )
                             )
          Defendant.         )
_____)
```

After the conclusion of the trial and a jury verdict having been rendered,

IT IS ORDERED that all pending motions are denied.

DATED this 30th day of September, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court