```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CARGILL MEAT SOLUTIONS, | ) | |
| | ) | 8:11CV270 |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| GREATER OMAHA PACKING COMPANY, INC, | ) ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff, Cargill Meat Solutions, and against Defendant, Greater Omaha Packing Company, Inc., in the amount of $9,000,000.00 together with the Plaintiff's costs herein.

Dated this 29th day of September, 2014.

```
                              DENISE M. LUCKS
                              Clerk of Court


                              By: s/ Mary Roundtree
                                   Deputy Clerk
```