IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN HOME ASSURANCE       )
COMPANY and CARGILL MEAT      )
SOLUTIONS CORPORATION,        )
                              )
            Plaintiffs,       )          8:11CV270
                              )
        v.                    )
                              )
GREATER OMAHA PACKING COMPANY,)          ORDER AND JUDGMENT
INC.,                         )
                              )
            Defendant.        )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that the defendant's renewed motion for judgment as a matter of law and alternative motion for a new trial (Filing No. 609) is denied; defendant's request for oral argument is denied as moot.

DATED this 2nd day of December, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court