IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMERICAN HOME ASSURANCE         )
COMPANY and CARGILL MEAT        )
SOLUTIONS CORPORATION,          )
                                )
            Plaintiffs,         )          8:11CV270
                                )
      v.                        )
                                )
GREATER OMAHA PACKING COMPANY,  )          ORDER
INC.,                           )
                                )
            Defendant.          )
_____)
```

This matter is before the Court on plaintiff Cargill Meat Solutions Corporation's ("Cargill") motion for transcript redaction (Filing No. 657). The defendant did not respond to Cargill's motion. The Court finds that the motion should be granted. The court reporter shall redact the trial transcript portions as set forth in Cargill's motion. Accordingly,

IT IS ORDERED:

1) Cargill's motion for transcript redaction is granted.

2) The court reporter shall redact the trial transcript portions set forth in Cargill's motion (Filing No. 657).

DATED this 28th day of April, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court